Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

)
)
)
)

Christopher K Alonso

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

–v–

El Centro Police Department

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  **'23 CV 0006 MMA DDL**

*(to be filled in by the Clerk's Office)*

**FILED**

Jan 03 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ gloriav          DEPUTY

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Christopher K Alonso |
| Street Address | 585 Westwind Dr |
| City and County | El Centro   Imperial Co. |
| State and Zip Code | Ca 92243 |
| Telephone Number | 760 2359588 |
| E-mail Address | chalonso11@gmail. |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name — Christian Ortega

Job or Title (if known) — El Centro Police Officer

Street Address — 150 N. 11th Street

City and County — El Centro    Imperial Co.

State and Zip Code — CA 92243

Telephone Number — 760 352 2111

E-mail Address (if known) — ecpdpoliceinfo@gmail.com

Defendant No. 2

Name — Valencia

Job or Title (if known) — El Centro Police Officer

Street Address — 150 N. 11th Street

City and County — El Centro    Imperial Co.

State and Zip Code — CA 92243

Telephone Number — 760 352 2111

E-mail Address (if known) —

Defendant No. 3

Name — Hidalgos

Job or Title (if known) — El Centro Police Officer (Sgt.)

Street Address — 150 N. 11th Street

City and County — El Centro    Imperial Co.

State and Zip Code — CA 92243

Telephone Number — 760 357 4523

E-mail Address (if known) —

Defendant No. 4

Name — Kirkshaw

Job or Title (if known) — El Centro Police Officer

Street Address — 150 N. 11th Street

City and County — El Centro    Imperial Co.

State and Zip Code — CA 92243

Telephone Number — 760 337 4523

E-mail Address (if known) —

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question               [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Statue 1985 Violation of 1st & 4th Amendment

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)* Christopher K Alonso , is a citizen of the State of *(name)* California .

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* ___El Centro Police Department___ is incorporated under
the laws of the State of *(name)* ___California___, and has its
principal place of business in the State of *(name)* ___California___.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: ___For embarrassment, anguish, police brutality, violating civil rights, falsifying reports, Unlawful arrest___

___USD 1,500,000___

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

___My residency located on 585 Westwind Dr in El Centro Cal.___

B.    What date and approximate time did the events giving rise to your claim(s) occur?

___Oct 1, 2022    around 9:30pm Pacific___

C.      What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

I was falsy arrested with no actual cause of statement of what crime had been committed. Officer arrived to my house where I gave them an elaboration of the issue they were questioning about but seemed confused after asking for the probable cause. Stated they were trespassing & needed to leave as they did not have a warrant. Officers kept getting confrontational & up close to my personal space. Half hour later the officer incharged arrived where he came up w/ false charges but didn't take intiative to arrest me. I then walked over to the front lawn where I was grabbed taken down beaten on ankles w/ baton & I was not resisting.

## IV.      Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. Emotional distress. trauma experience.

(Possible long time Joint Bruising)

## V.      Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Excessive force damages

Emotional distress damages

embarrassment anguish damages

Constitutional Rights Violated
Unlawful Arrest damages
I had no reason to be arrested as simple crime probable causes would have had we cooperate. There was no need to use force especially when it was not the crime site location. If they had reason for arrest Officers would have me arrested there & then.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _Jan 3, 2023_

Signature of Plaintiff  _Christopher R. Alonso_

Printed Name of Plaintiff  _Christopher R. Alonso_

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

Print     Save As...     Add Attachment     Reset

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

| | |
|---|---|
| _____ | ) Case No. _____ |
| Christopher K Alonso | ) |
| *Plaintiff(s)* | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)* ☒ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| | ) |
| El Centro Police Department. | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name                        _____

   Street Address              _____

   City and County             _____

   State and Zip Code          _____

   Telephone Number            _____

   E-mail Address              _____

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                           Christian Ortega

    Job or Title *(if known)*      El Centro Police Officer

    Street Address           150 N. 11th Street

    City and County         El Centro  Imperial Co.

    State and Zip Code     Ct 92243

    Telephone Number      760 355 2111

    E-mail Address *(if known)*    352

Defendant No. 2

    Name                           Valencia

    Job or Title *(if known)*      El Centro Police Officer

    Street Address           150 No 11th Street

    City and County         El Centro  Imperial Co.

    State and Zip Code     Ct 92243

    Telephone Number      760 355 352 2111

    E-mail Address *(if known)*

Defendant No. 3

    Name                           Hildalgos

    Job or Title *(if known)*      El Centro Police (Sgt)

    Street Address           150 N 11th Street

    City and County         El Centro  Imperial Co.

    State and Zip Code     Ct 92243

    Telephone Number      760 357 4523

    E-mail Address *(if known)*

Defendant No. 4

    Name                           Kirkshaw

    Job or Title *(if known)*      El Centro Police officer

    Street Address           150 N 11th Street

    City and County         El Centro  Imperial Co

    State and Zip Code     Ct 92243

    Telephone Number      760 337 4523

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Statue 1983 Excessive force / Unlawful arrest / Constitutional Rights Violated 1st & 4th*

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _Christopher K. Alonso_ , is a citizen of the State of *(name)* _California_ .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* __El Centro Police Department__ is incorporated under

the laws of the State of *(name)* __California__ , and has its

principal place of business in the State of *(name)* __California__ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

For embarrassment, anguish, police brutality, violating civil rights, slander/falsify reports, Unlawful arrest

__USD 1,500,000__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Excessive force damages, emotional distress damages, embarrassment/ anguish damages, Constitutional Rights violated damages, Unlawful arrest damages. Defamation Damages. USD 1,500,000.⁰⁰ Officers could not state what crime I had committed & could not state probable cause if not I would have complied & cooperative. Proves no crime was committed as officers should have arrested me there & than when they first made contact w/ me. There was no need to use excessive force when I was already on ground not resisting or moving.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _Jan 3, 2023_

Signature of Plaintiff  _Christopher Alonso_

Printed Name of Plaintiff  _Christopher K Alonso_

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

Print    Save As...    Add Attachment    Reset